

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00244-CV

BRENDA GEORGE AND TOM                                        APPELLANTS
GEORGE

V.

DAGUANG (DAVID) ZHANG                                          APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY
TRIAL COURT NO. CV-2014-01545

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 30, 2014, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court

---

[1]*See* Tex. R. App. P. 47.4.

within ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  December 18, 2014